1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar #14853
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-5080
   Bianca.Pucci@usdoj.gov
6  *Attorneys for the United States of America*

7              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
8

| | |
|---|---|
| 9  IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT "ftr.nemo"; THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. 2:21-mj-00972-EJY **Motion to Unseal** |
| 12  IN THE MATTER OF THE SEARCH OF: INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 747-609-7894, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:21-mj-00988-EJY **Motion to Unseal** |
| 17  IN THE MATTER OF THE SEARCH OF: PREMISES KNOWN AS 4780 DOUBLE DOWN DRIVE UNIT 101, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA. | Case No. 2:21-mj-01047-EJY **Motion to Unseal** |
| 21  IN THE MATTER OF THE SEARCH OF: THE PERSON OF KEVON KAMARI GILL, DATE OF BIRTH OF JANUARY 6, 2001. | Case No. 2:21-mj-01048-EJY **Motion to Unseal** |

| IN THE MATTER OF THE SEARCH OF:<br><br>A BLACK AUDI SEDAN BEARING CALIFORNIA LICENSE PLATE # 8WYT100 AND/OR VIN #WAUAF78E28A134460 | Case No. 2:21-mj-0149-EJY<br><br>**Motion to Unseal** |
| --- | --- |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:22-cr-00025-APG-DJA. DATED this 14th day of February, 2022.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH INSTAGRAM ACCOUNT "ftr.nemo"; THAT ARE STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. 2:21-mj-00972-EJY<br><br>**Order to Unseal** |
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 747-609-7894, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:21-mj-00988-EJY<br><br>**Order to Unseal** |
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 4780 DOUBLE DOWN DRIVE UNIT 101, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA. | Case No. 2:21-mj-01047-EJY<br><br>**Order to Unseal** |
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF KEVON KAMARI GILL, DATE OF BIRTH OF JANUARY 6, 2001. | Case No. 2:21-mj-01048-EJY<br><br>**Order to Unseal** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A BLACK AUDI SEDAN BEARING CALIFORNIA LICENSE PLATE # 8WYT100 AND/OR VIN #WAUAF78E28A134460 | Case No. 2:21-mj-0149-EJY<br><br>**Order to Unseal** |

*///*

3

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 14th day of February, 2022.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE